# EXHIBITS

**SHANNON K GREENE v CITY OF VIRGINIA BEACH COMPLAINT FOR EMPLOYMENT DISCRIMINATION**

## EXHIBITS

| EXHIBIT | 1 | RIGHT TO SUE | Page | 5 |
|---|---|---|---|---|
| EXHIBIT | 2 | EEOC TIMELY CLAIM | Page | 6 |
| EXHIBIT | 3 | FLOW CHART | Page | 7 |
| EXHIBIT | 4 | FOUR EMAILS | Page | 10 |
| EXHIBIT | 5 | CLIFF-ORIENT TO OUR CITY | Page | 14 |
| EXHIBIT | 6 | MELISSA INTERVIEWS STACY | Page | 18 |
| EXHIBIT | 7 | CLIFF-TIMELINE | Page | 23 |
| EXHIBIT | 8 | SCOTT HAD DISCREPANCIES | Page | 30 |
| EXHIBIT | 9 | RETALIATION BEGAN 1-8-2016 | Page | 31 |
| EXHIBIT | 10 | TEN-PAGE EMAIL | Page | 32 |
| EXHIBIT | 11 | CHARTS+STATISTICS-SEXUAL HARASSMENT | Page | 37 |
| EXHIBIT | 12 | CHARTS+STATISTICS-FAILURE TO HIRE | Page | 39 |
| EXHIBIT | 13 | CHARTS+STATISTICS-GENERAL RETALIATION | Page | 41 |
| EXHIBIT | 14 | CHARTS+STATISTICS-ASSAULT AND BATTERY | Page | 44 |
| EXHIBIT | 15 | JOBS-TIMELINE OF JOBS APPLIED TO | Page | 45 |
| EXHIBIT | 16 | JOB APPS-DENIAL | Page | 46 |
| EXHIBIT | 17 | JOB APPS-EVIDENCE OF QUALIFICATIONS | Page | 59 |
| EXHIBIT | 18 | STACY HAWKS EMAIL | Page | 71 |
| EXHIBIT | 19 | WORKPLACE VIOLENCE-NEVER FILED | Page | 73 |
| EXHIBIT | 20 | ASSAULT REPORT-SCOTT WARREN | Page | 75 |
| EXHIBIT | 21 | REPORTING KAUFMAN | Page | 76 |
| EXHIBIT | 22 | SEX IN THE KAUFMAN REPORT | Page | 79 |
| EXHIBIT | 23 | HR-INVESTIGATION-FINAL | Page | 90 |
| EXHIBIT | 24 | HR-INVESTIGATION-ALTERED | Page | 95 |
| EXHIBIT | 25 | TRAINING-THERE WAS NO SET AGENDA | Page | 100 |
| EXHIBIT | 26 | MELISSA INTERVIEWS MARIA | Page | 101 |
| EXHIBIT | 27 | REGINA HILLIARD LETTER 26 | Page | 106 |
| EXHIBIT | 28 | WORK SCHEDULES IE ROTATIONS | Page | 109 |
| EXHIBIT | 29 | VBPD CONGRATULATIONS EMAIL | Page | 110 |
| EXHIBIT | 30 | SEVEN ILLEGAL ATTEMPTS | Page | 112 |
| EXHIBIT | 31 | ULTIMATUM | Page | 115 |
| EXHIBIT | 32 | PA-MY DECISION-MY ANSWER IS NO | Page | 116 |
| EXHIBIT | 33 | SCOTT KALIS-NOT CLEARED BY PCP | Page | 118 |
| EXHIBIT | 34 | PAT | Page | 121 |

| EXHIBIT | 35 | DR WINTERS | Page | 125 |
|---|---|---|---|---|
| EXHIBIT | 36 | DR PROM FULL DUTY LETTER | Page | 127 |
| EXHIBIT | 37 | PA EXAM 9-18-2017 | Page | 128 |
| EXHIBIT | 38 | HIRING POLICIES OF THE VBPD | Page | 131 |
| EXHIBIT | 39 | *49 PAGES AVAIL BY REQUEST HUMAN PERFORMANCE SYSTEMS* | Page | 134 |
| EXHIBIT | 40 | SCOTT KALIS-EMAILS | Page | 136 |
| EXHIBIT | 41 | MICHELE BORDEN-9-16 | Page | 140 |
| EXHIBIT | 42 | POLICE ACEDEMY EXERCISE REQUIREMENTS | Page | 141 |
| EXHIBIT | 43 | PA EXAM-SG NOTES | Page | 152 |
| EXHIBIT | 44 | DR PROM NOTES FEB 2017 | Page | 153 |
| EXHIBIT | 45 | ASSAULTS AND WHEN SG REPORTED THEM | Page | 156 |
| EXHIBIT | 46 | MELISSA-CLIFF-WHY NO WORKPLACE VIO | Page | 157 |
| EXHIBIT | 47 | KATHIE WARD BATTERY-3 ACCOUNTS AGREE; EXHIBIT AVAILABLE UPON REQUEST | Page | 158 |
| EXHIBIT | 48 | CLIFF-YOU ARE SAFE | Page | 177 |
| EXHIBIT | 49 | HELP ME-EMAILS ABOUT SAFETY | Page | 178 |
| EXHIBIT | 50 | MARIA SIDES WITH BULLIES | Page | 180 |
| EXHIBIT | 51 | STACY DEFIES LIMITED DUTY | Page | 183 |
| EXHIBIT | 52 | POLICY 6.06 | Page | 187 |
| EXHIBIT | 53 | POLICY-HARASSMENT VB 6.13-WITH STATS | Page | 198 |
| EXHIBIT | 54 | MISTAKES BY HR | Page | 204 |
| EXHIBIT | 55 | PEGGY PUNISHMENT FOR HELPING MS GREENE | Page | 206 |
| EXHIBIT | 56 | TOUCHES-REQUEST BY CMTE 9-13-2018 | Page | 209 |
| EXHIBIT | 57 | ANALYSIS OF CITY POSITION STATEMENT | Page | 211 |
| EXHIBIT | 58 | QUOTATIONS THAT ARE MADE UP | Page | 216 |
| EXHIBIT | 59 | STACY HAWKS DEMANDED A RETRACTION | Page | 223 |
| EXHIBIT | 60 | RETRACTION EMAIL-HIGHLIGHTED | Page | 224 |
| EXHIBIT | 61 | BRAD LETTER | Page | 225 |
| EXHIBIT | 62 | POLICY-NOT UNDERSTAND HARASSMENT | Page | 226 |
| EXHIBIT | 63 | BROCHURES | Page | 227 |
| EXHIBIT | 64 | PROMOTIONS | Page | 232 |
| EXHIBIT | 65 | PEER TO PEER HOSTILITY AND MS ARAGON | Page | 233 |
| EXHIBIT | 66 | DIPILATO TEL CALL REDACTED | Page | 234 |
| EXHIBIT | 67 | CRIMINAL HISTORY | Page | 238 |
| EXHIBIT | 68 | FIVE PERCENT VIRGINIAN PILOT ARTICLE | Page | 240 |
| EXHIBIT | 69 | FIREFIGHTERS | Page | 242 |
| EXHIBIT | 70 | DAVE HANSEN INVOLVING THE VBPD | Page | 245 |

| EXHIBIT | 71 | BRADS PUERILE REMARK | Page | 246 |
|---|---|---|---|---|
| EXHIBIT | 72 | SELECTED ASSAULT REPORTS | Page | 247 |
| EXHIBIT | 73 | SMALL RETALIATION | Page | 260 |
| EXHIBIT | 74 | BROCHURES FEB 2018 54PERCENT OF WORK | Page | 308b |
| EXHIBIT | 75 | CLIFF-ALWAYS LISTS AFR-AMER AND EEO LAST | Page | 309 |
| EXHIBIT | 76 | CLIFF-EMAIL AND REPORT-KATHIE ASSAULT | Page | 317 |
| EXHIBIT | 77 | CLIFF-HR REPRESENTATIVE | Page | 321 |
| EXHIBIT | 78 | EDS COMMENTS-MY EMAIL-HIS EMAIL | Page | 322 |
| EXHIBIT | 79 | FOIA-USING FOIA TO RETALIATE | Page | 324 |
| EXHIBIT | 80 | Kaufman Report and Analysis of Errors | Page | 340 |
| EXHIBIT | 81 | HONESTY-DISC | Page | 376 |
| EXHIBIT | 82 | ISOLATION | Page | 382 |
| EXHIBIT | 83 | VBPD CHARACTER REFERENCES FOR SG | Page | 383 |
| EXHIBIT | 84 | KAUFMAN REPORT WAS NEVER REMOVED | Page | 388 |
| EXHIBIT | 85 | PATTI TELL YRSELF YOU CAN WORK WITH ASSAULT AND BATTERY | Page | 392 |
| EXHIBIT | 86 | PIP-SUPPOSED TO BE REMOVED | Page | 393 |
| EXHIBIT | 87 | POLYGRAPH | Page | 396 |
| EXHIBIT | 88 | LETTERS OF REC-CITY OF VB CO-WORKERS | Page | 402 |
| EXHIBIT | 89 | KATHIE WARD-MAIN CHOKE ADMISSION | Page | 415 |
| EXHIBIT | 90 | CLIFF-YOU ARE SAFE | PAGE | 416 |
| EXHIBIT | 91 | KATHIE ASSAULT DOCUMENTS-SG RESPONSE | PAGE | 417 |
| EXHIBIT | 92 | ORGANIZATIONAL CHART | PAGE | 424 |
| EXHIBIT | 93 | BRESLIN ASSAULT-3 ACCOUNTS AGREE | PAGE | 425 |